Caption For Case Number: 24-2123

August 21, 2024

District Court/Agency Case Number(s): 89 Fed. Reg. 40198

**Southwestern Electric Power Company; Utility Water Act Group**

    Petitioners

v.

**United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency**

    Respondents

**Clean Water Action; Sierra Club; Waterkeeper Alliance, Inc.; Natural Resources Defense Council; Environmental Integrity Project; PennEnvironment, Inc.; Prairie Rivers Network**

    Intervenors

**Caption For Case Number: 24-2215**

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities

    Petitioner

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency

    Respondents

Clean Water Action; Sierra Club; Waterkeeper Alliance, Inc.; Natural Resources Defense Council; Environmental Integrity Project; PennEnvironment, Inc.; Prairie Rivers Network

    Intervenors

**Caption For Case Number: 24-2225**

State of West Virginia; State of Georgia; State of Arkansas; State of Idaho; State of Indiana; State of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Mississippi; State of Montana; State of Missouri; State of Nebraska; State of Ohio; State of Oklahoma; State of South Carolina; State of Tennessee; State of Texas; State of Utah; Commonwealth of Virginia; State of Wyoming; State of Alaska

    Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency

        Respondents

Clean Water Action; Sierra Club; Waterkeeper Alliance, Inc.; Natural Resources Defense Council; Environmental Integrity Project; PennEnvironment, Inc.; Prairie Rivers Network

        Intervenors

**Caption For Case Number: 24-2266**

NRG Texas Power, LLC; Utility Water Act Group

        Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency

        Respondents

Clean Water Action; Sierra Club; Waterkeeper Alliance, Inc.; Natural Resources Defense Council; Environmental Integrity Project; PennEnvironment, Inc.; Prairie Rivers Network

        Intervenors