# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2123

Southwestern Electric Power Company and Utility Water Act Group

Petitioners

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

------

No: 24-2215

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2225

State of West Virginia, et al.

Petitioners

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2494

America's Power

Petitioner

v.

U.S. Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

---

Petitions for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 40198)

---

**ORDER**

The motion for stay is denied.

October 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Maureen W. Gornik