# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2123

Southwestern Electric Power Company and Utility Water Act Group

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2215

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2225

State of West Virginia, et al.

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2246

Clean Water Action, et al.

Petitioners

v.

Lee M. Zeldin, Administrator, United States Environmental Protection Agency and United States Environmental Protection Agency

Respondents

Southwestern Electric Power Company, et al.

Intervenors

No: 24-2255

Catawba Riverkeeper and Winyah Rivers Alliance

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Southwestern Electric Power Company, et al.

Intervenors

No: 24-2266

NRG Texas Power, LLC and Utility Water Act Group

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-2407

Center for Biological Diversity

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

NRG Texas Power, LLC, et al.

Intervenors

No: 24-2494

America's Power

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

No: 24-3009

City of Springfield, Office of Public Utilities, doing business as City Water, Light and Power

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Prairie Rivers Network and Sierra Club

Intervenors

Petitions for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 40198)

**ORDER**

The respondents' motion to hold cases in abeyance is granted. The respondents shall have until June 30, 2025, to file a motion requesting further scheduling or resolution of the matter.

May 01, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler