UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Southwestern Electric Power Co. vs. EPA

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2123 for the following party(s): (please specify)

U.S. Environmental Protection Agency and Lee Zeldin, Administrator, U.S. Environmental Protection Agency

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sonya J. Shea s/: Sonya J. Shea

Firm Name: U.S. Department of Justice

Business Address: 999 18th Street, North Terrace, Suite 600

City/State/Zip: Denver, CO 80202

Telephone Number (Area Code): (303) 844-7231

Email Address: sonya.shea@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 5/2/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: