# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

| | |
|---|---|
| SOUTHWESTERN ELECTRIC POWER CO., et al., ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | No. 24-2123 (and consolidated cases) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., ) ) ) ) | |
| Respondents. ) ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL

Respondents respectfully move for an order withdrawing the appearance of Tsuki Hoshijima as counsel for Respondents. Tsuki Hoshijima is leaving his employment with the U.S. Department of Justice. Respondents will continue to be represented by Sonya Shea and Lucy Brown.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

_/s/ Tsuki Hoshijima_
TSUKI HOSHIJIMA
U.S. Department of Justice

1

Environment and Natural Resources
  Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3468
tsuki.hoshijima@usdoj.gov

## CERTIFICATE OF SERVICE

On May 2, 2025, I filed the foregoing using the Court's CM/ECF

system, which will electronically serve all counsel of record registered to

use the CM/ECF system.

*/s/ Tsuki Hoshijima*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of

Appellate Procedure 27(d)(2) because, excluding the parts of the

document exempted by Rule 32(f), it contains 45 words. This document

complies with the typeface and type-style requirements of Rule 32(a)(5)

and (6) because it was prepared in a proportionately spaced typeface

using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ Tsuki Hoshijima*

Appellate Case: 24-2123    Page: 2    Date Filed: 05/02/2025 Entry ID: 5512950