# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

|  |  |  |
|---|---|---|
| SOUTHWESTERN ELECTRIC POWER CO., et al., | ) ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | No. 24-2123 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) ) | (and consolidated cases) |
| Respondents. | ) ) ) | |

## RESPONDENTS' STATUS REPORT

On August 27, the Court granted Respondents' motion to continue the abeyance in this case and required Respondents to file a status report on October 14, and at 45-day intervals thereafter. ECF No. 5551838; *see also* ECF No. 5578655 (confirming status report deadline of November 24, 2025). Respondents hereby submit this status report.

1. Petitioners seek review of an EPA rule titled "Supplemental Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category," 89 Fed. Reg. 40198 (May 9, 2024).

1

2. Upon review, EPA decided that it will reconsider the challenged rule and announced that decision in a news release posted to EPA's website. https://perma.cc/L87V-HL7E. EPA is proceeding with two rulemakings related to the challenged rule. Second Decl. of Peggy S. Browne, Ex. 1, ¶¶ 3, 7-8, ECF No. 5546754.

3. First, EPA issued a proposed rule to extend certain compliance deadlines and a notification date, as well as requested information on the challenged rule's zero-discharge technology provisions. 90 Fed. Reg. 47693 (Oct. 2, 2025).[1] EPA hosted two webinars on the proposed rule, *see* https://www.epa.gov/eg/steam-electric-power-generating-effluent-guidelines-deadline-extensions-rule#webinars. The comment period closed on November 3, 2025.

4. In the anticipated second rulemaking, EPA intends to propose to potentially revise requirements for discharges of unmanaged combustion residual leachate. Second Browne Decl., Ex. 1, ¶ 8, ECF No.

---

[1] EPA simultaneously issued a direct final rule extending the rule's December 31, 2025 date for facilities to submit a notice that they plan to opt into a compliance subcategory that includes permanently ceasing coal combustion by 2034. 90 Fed. Reg. 47617 (Oct. 2, 2025). However, because EPA received adverse comment, EPA will withdraw the direct final rule. *See Id.*

5546754. EPA is also considering potential revisions to the challenged rule's zero discharge limitations and standards. *Id.* EPA intends to initiate this rulemaking after finalizing the first rulemaking. *Id.*

                                  Respectfully submitted,

                                  ADAM R.F. GUSTAFSON
                                  Principal Deputy Assistant Attorney
                                    General

                                  */s/ Sonya J. Shea*
                                  SONYA J. SHEA
                                  U.S. Department of Justice
                                  Environment and Natural Resources
                                    Division
                                  Environmental Defense Section
                                  999 18th St., North Terrace, Suite 600
                                  Denver, CO 80233
                                  (202) 598-3320
                                  sonya.shea@usdoj.gov

## CERTIFICATE OF SERVICE

On November 24, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<u>/s/ Sonya J. Shea</u>